ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
MAR 23 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

THOMAS L. REMPFER and RUSSELL E. DINGLE

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 81(d)] DAVID J. TAYLOR

Firm Name: TIGHE PATTON ARMSTRONG TEASDALE PLLC

Post Office Box: 05- 396C

Street Address: 1747 Pennsylvania Avenue, NW, Suite 300

City-State-Zip: Washington, DC 20006-4604

Telephone & Facsimile Numbers: (202) 454-2800; (202) 454-2805-fax

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 10,000+

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 77(f)(2) (General Order No. 36)

July 22, 1999