IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS L. REMPFER and<br>RUSSELL E. DINGLE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-396C<br>(Judge Williams) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DOUGLAS MICKLE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas Mickle
DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone: (202) 353-7961
Facsimile: (202) 353-7988

Dated: April 15, 2005

**Certificate of Filing**

I hereby certify that on April 15, 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas Mickle