No. 05-396C
(Judge Mary Ellen Coster Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER and RUSSELL E. DINGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S APPENDIX TO ITS MOTION TO DISMISS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

OF COUNSEL:

LT COL P. CHRISTOPHER CLARK
Air Force Legal Services Agency
General Litigation Division
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209-2403

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
   Attn: Classification Unit
    8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

May 20, 2005

Attorneys For Defendant

## INDEX TO APPENDIX

<u>Document</u>                                                                                    <u>Page</u>

Mr. Rempfer's Application for Ready Reserve Assignment, AF Form 1288
    December 22, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Discharge Order, State of Connecticut, Captain Thomas Rempfer,
    23 February 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Discharge Order, State of Connecticut, Major Russell Dingle,
    23 March 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Notification of Eligibility for Retired Pay at Age 60, Major Russell E. Dingle
    9 April 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Application For Transfer To Retired Reserve, Major Russell Dingle
    21 March 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Retirement Order, 29 May 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Declaration of Chief Master Sergeant Kristine C. Shaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Declaration of Brigadier General Daniel R. Scace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Extract, National Guard Regulation (AR) 600-100, 15 April 1994, <u>Commissioned Officers -</u>
    <u>Federal Recognition And Related Personnel Action</u>, ¶ 2-2 . . . . . . . . . . . . . . . . . . . . . . . 11

# APPLICATION FOR READY RESERVE ASSIGNMENT

## PRIVACY ACT STATEMENT

*AUTHORITY: U.S.C. 275 and Executive Order 9397.*

*PRINCIPAL PURPOSES: Request for Ready Reserve assignment must contain current personal information to complete processing. Use of the member's social security number is necessary to make positive identification of the individual and his or her records.*

*ROUTINE USES: This information may be disclosed, upon request, to Federal, State, and local agencies for law enforcement purposes or in pursuit of their official duties and to the Department of Justice for litigation.*

*DISCLOSURE IS VOLUNTARY: An individual who chooses not to submit necessary documentation will not be eligible for Ready Reserve assignment.*

*INSTRUCTIONS: Complete the application in duplicate. If you need additional space for any item, attach another sheet which indicates the applicable item number(s).*

| 1. NAME (Last, First, Middle Initial) | | 2. GRADE | 3. DATE OF GRADE | 4. SSN |
|---|---|---|---|---|
| Rempfer, Thomas L. | | O-3 | 27 May 1991 | ███████7 |

| 5. HOME ADDRESS (If different than permanent address, indicate both) | 6. PHONE (Include prefix) | 7. AFSC |
|---|---|---|
| 3811 Phelps Rd. | Office 860-668-1513 | Primary 011F3B |
| West Suffield, CT  06093 | Home 860-668-1512 | Add'l K011F3M/011F3H |

| 8. DATE OF BIRTH | 9. HEIGHT (inches) | 10. WEIGHT | 11. % DISABILITY COMP REC'D |
|---|---|---|---|
| 25 April 1965 | 67 | 150 | n/a |

| 12. OFFICER | | | DATE OF ORIGINAL COMMISSION | 13. AIRMAN (EYE) |
|---|---|---|---|---|
| REGULAR | | RESERVE X | 27 May 1987 | n/a |

**14. Remarks/Aeronautical Rating** (Indicate if on flying status. If requested assignment will authorize flying duty, indicate flying experience by type of aircraft and hours in each, date and type of instrument card now held, and date of last physical examination.)

"I have been counseled on the Air Force Direct Deposit/Electronic Funds Transfer." *TR*

"I certify that I have / have not misused any government travel charge card (for other than official government travel), or been seriously delinquent (payments not received by card issuer within 60 days from the billing date). I understand if I make a fraudulent statement, I am subject to immediate discharge action." *TR*

| 15. PRESENT ASSIGNMENT AND ATTACHMENT (Indicate military branch, unit address, training, and retirement category, MPF Street address, and phone.) | 16. ASSIGNMENT DESIRED (Indicate unit preferred, specific program training, and retirement category or description of type of training desired.) |
|---|---|
| Conn.Air National Guard | USAFR, Category B, IMA, Hanscom AFB, MA |
| 118FS | EFX Program |
| 100 Nicholson Rd. | or |
| E. Granby, CT  06026 | ALO Liaison Officer in Conn. |

| 17. MILITARY SCHOOLS ATTENDED (Indicate date, course number, title, and location.) | 18. MILITARY EXPERIENCE (Indicate DAFSC, position title, level of command, highest grade, and duration. List only experience that directly substantiates your qualifications for assignment requested.) |
|---|---|
| USAFA, BS, 1983-87 | 011F3H - F16A,B,C,D,CG Pilot in Korea,US. |
| SOS, In residence, 1995 | 011F3B - A/OA-10 Pilot, Foward Air Control. |
| | K011F3M - F-117A Instructor Pilot |
| | 011A3K - C-130E Aircraft Commander |

| 19. CIVILIAN EDUCATION (Indicate years completed, major subject, and degree, if any.) | 20. CIVILIAN EXPERIENCE (In chronological order showing latest experience first. Indicate pertinent experience to include employers, positions held, and duration.) |
|---|---|
| n/a | American Airlines Flight Officer - DC10 |
| USAFA, BS International Affairs, Grad: May87 | American Eagle First Officer - ATR-42 |
| "Distinguished Graduate" | American Airlines First Officer - MD-80 |

| 21. FOR INDIVIDUALS REQUESTING ASSIGNMENT TO A TRAINING SITE BEYOND 100 MILES OR 2 HOURS ONE-WAY DRIVING TIME (AFI 36.2115). I acknowledge my responsibility for any hardship, including financial, incurred in performing the duties of the assignment. I understand I will not be reimbursed for travel expenses incurred for inactive duty training. | APPLICANT'S INITIALS *TR* |
|---|---|
| **22. FOR ALL INDIVIDUALS REQUESTING ASSIGNMENT TO A CATEGORY "A" UNIT OR IMA POSITION**, I certify that I have/have not had a UIF established on me within the last 5 years. I understand that if I make a fraudulent statement I am subject to immediate discharge action. | APPLICANT'S INITIALS *TR* |

I CERTIFY THAT THE DATA CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I ALSO ACKNOWLEDGE THAT UPON MY ASSIGNMENT TO THE READY RESERVE, I AM RESPONSIBLE TO NOTIFY MY EMPLOYER OF MY READY RESERVE STATUS AND THAT AS A READY RESERVIST, I SHALL BE SUBJECT TO INVOLUNTARY ORDER TO ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS. A NATIONAL EMERGENCY DECLARED BY THE PRESIDENT, OR WHEN OTHERWISE AUTHORIZED BY LAW.

| 22. SIGNATURE OF APPLICANT | 23. DATE |
|---|---|
| *signature* | 22 DEC 98 |

AF FORM 1288, JUN 97 (EF-V7)   (PerFO)

1

TIONS ARE OBSOLETE

**FIRST INDORSEMENT**

| TO | FROM |
|---|---|
| 118 FS/CC | OL AW AFRCRCS (USAF RESERVE RECRUITING)<br>3 Robins St., Hanscom AFB, MA 01731-1702 |

| RECOMMEND | X | APPROVAL | | DISAPPROVAL | (State reason(s) in the "REMARKS" section.) | UIF | | YES | X | NO |

REMARKS
Recommended for continued military service.

| NAME AND TITLE (Please type) | SIGNATURE | DATE |
|---|---|---|
| John J. Swift, USAF, LtCol.<br>118 FS Commander   CN ANG | | 22 Dec 98 |

**SECOND INDORSEMENT**

| TO | FROM |
|---|---|
| HQ ARPC/DPBA<br>DENVER, CO 80280 | HQ AFMC/CCV<br>WRIGHT-PATTERSON AFB OH 45433 |

| RECOMMEND | XX | APPROVAL (Furnish assignment data) | | DISAPPROVAL   (State reason(s) in the "REMARKS" section.) |

| AUTHORIZED GRADE | AUTHORIZED AFSC | FUNCTIONAL CODE | TRNG & RETIREMENT CATEGORY |
|---|---|---|---|
| CAPT | 063A3 | | CAT B/B |

| UNIT OR TYPE OF ASSIGNMENT | UNIT | XX | MA | | RD | OTHER (Specify) |
|---|---|---|---|---|---|---|
| | | | | | | |

| RESERVE SECTION CODE | DUTY POSITION NUMBER | ASSIGNMENT LOCATION |
|---|---|---|
| MC | 0032825 | ESC/FXE, HANSCOM AFB, MA 01731 |

| UNIT OF ATTACHMENT | REPORTING OFFICIAL (Name and SSN)        DSN 478-3591 |
|---|---|
| ESC/FXE, HANSCOM AFB, MA | LTC MICHAEL STOCKWELL 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 |

| PAS | UNIT OF ATTACHMENT PAS |
|---|---|
| 961MFB59 | LK1MFB59 |

| EDCSA | RECRUITER ID CODE | RECRUITER DUTY PHONE    478 |
|---|---|---|
| | W5HO04D/004D | DSN 478-4461    FAX: 9182 |

| GRADE WAIVER | | YES | | NO | | AUTH | COMMERCIAL (781)377-4461 |
|---|---|---|---|---|---|---|---|

REMARKS  Please provide this office 66 MSS/DPMR, 20 Schilling Circle, Hanscom AFB MA 01731
with a copy of orders.  DSN 478-2782

***DUTY TITLE** JEFX S-DM-S Asst Ops Chief

| NAME AND TITLE (Please type) | SIGNATURE | DATE |
|---|---|---|
| R. A. GIAMPA<br>Personnel Management Specialist | | 23 Jul 99 |

**THIRD INDORSEMENT** (Do not include assignment data except to correct original data)

| TO | FROM |
|---|---|
| | OL AW AFRCRCS<br>3 Robins St., Bldg1721  Hanscom AFB<br>MA 01731-1702 |

| X | RECOMMEND | X | APPROVAL | | DISAPPROVAL | (State reason(s) in the "REMARKS" section.) |

REMARKS

| NAME AND TITLE (Please type) | SIGNATURE | DATE |
|---|---|---|
| ED DEMORE, MSgt, USAF<br>In-Service Recruiter | | 29 Dec 98 |

**FOURTH INDORSEMENT** (Do not include assignment data except to correct original data)

| TO | FROM |
|---|---|
| | |

| RECOMMEND | | APPROVAL | | DISAPPROVAL | (State reason(s) in the "REMARKS" section.) |

REMARKS

| NAME AND TITLE (Please type) | SIGNATURE | DATE |
|---|---|---|
| | | |

AF FORM 1288, JUN 97 (REVERSE) (EF.V1)

2

# STATE OF CONNECTICUT
## MILITARY DEPARTMENT
### OFFICE OF THE ADJUTANT GENERAL
### NATIONAL GUARD ARMORY, HARTFORD, CT 06105-3795

Personal Data-Privacy Act of 1974 (5 USC 552a)

SPECIAL ORDER                                                    23 February 1999
AD-048

**CAPTAIN THOMAS L. REMPFEL** ████ -76 █████ ailing Address: 3811 Phelps Road, West Suffield, CT 06093), is relieved from assignment with the 118th Fighter Squadron, PAS CODE: B71CFL3B, Bradley ANG Base, 100 Nicholson Road, East Granby, CT 06026-9309, and is honorably discharged from the CTANG effective **11 March 1999** and transferred to 9001st ARS, Denver, CO 06093, effective **12 March 1999**. Authority: ANGR 36-05. SPD: MNF

BY THE ORDER OF THE GOVERNOR

OFFICIAL                                                        DAVID W. GAY
                                                               Major General
                                                               The Adjutant General

ALDOR J. DUBOIS, COL, CTANG                                    DISTRIBUTION:
Executive Support Staff Officer                                5 - Individual
                                                               1 - MPRG
                                                               1 - HQ CTANG/ROM
                                                               1 - HQ ARPC/DSMP
                                                               1 - 118 FS/CC
                                                               1 - 103 MSF/DPMPE
                                                               1 - 103 LS/LGSD
                                                               1 - 103 FW/FM
                                                               1 - State Library

                                                               AD-048

3

# STATE OF CONNECTICUT
## MILITARY DEPARTMENT
### OFFICE OF THE ADJUTANT GENERAL
### NATIONAL GUARD ARMORY, HARTFORD, CT 06105-3795

Personal Data-Privacy Act of 1974 (5 USC 552a)

SPECIAL ORDER                                            23 March 1999
AD-068

**MAJOR RUSSELL E. DINGL**███████████ ailing Address: 71 Shaughnessy Drive, East Hartford, CT 06118), is relieved from assignment with the 103d Operations Support Flight, PAS CODE: B71CFHLJ Bradley ANG Base, 100 Nicholson Road, East Granby, CT 06026-9309, and is honorably discharged from the CTANG effective **3 April 1999** and transferred to HQ USAFA/RRPRA, 9001st ARS, Denver, CO 80280, effective **4 April 1999**. Authority: ANGR 36-05. SPD: MNF

BY THE ORDER OF THE GOVERNOR

OFFICIAL                                    DAVID W. GAY
                                            Major General
                                            The Adjutant General

ALDOR J. DUBOIS, COL, CTANG                 DISTRIBUTION:
Executive Support Staff Officer             5 - Individual
                                            1 - MPRG
                                            1 - HQ CTANG/ROM
                                            1 - HQ ARPC/DSMP
                                            1 - 118 FS/CC
                                            1 - 103 MSF/DPMPE
                                            1 - 103 LS/LGSD
                                            1 - 103 FW/FM
                                            1 - State Library


                                            AD-068

4



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR RESERVE PERSONNEL CENTER

9 APR 2002

MEMORANDUM FOR MAJ RUSSELL E DINGLE, USAFR
             71 SHAUGHNESSY DRIVE
             EAST HARTFORT CT 06118-2367

FROM: HQ ARPC/DPPR
        6760 E Irvington Pl #1900
        Denver CO 80280-1900

SUBJECT: Notification of Eligibility for Retired Pay at Age 60

1. You have completed the required years of service under the provisions of Title 10, United States Code (U.S.C.), Section 12731, and you will be entitled to retired pay upon application at age 60. Your eligibility for retired pay may not be denied or revoked on the basis of any error, unless it resulted directly from fraud or misrepresentation on your part. However, the number of years of creditable service and retirement points upon which retired pay is computed may be adjusted to correct any error. If a correction is made, your retired pay will be adjusted accordingly.

2. You are eligible to participate in the Reserve Component Survivor Benefit Plan (RCSBP). You should receive detailed information on RCSBP by certified mail within 30 days. This plan permits you to provide a monthly annuity to your designated beneficiaries in the event of your death.

3. In the event you become entitled under any other provision of law to retired pay from an Armed Force, or retainer pay from the Fleet Reserve or Fleet Marine Corps Reserve, you will no longer be entitled to retired pay under the provisions of Title 10, U.S.C., 12731 or coverage under RCSBP.

4. As of 28 JAN 2002, our records show you have accumulated 3805 points for retired pay. Additional retirement points accrued prior to age 60 will be credited to you. If you disagree with the points shown, identify the time period and submit documents to verify additional points.

CAROL GIVENS
Military Personnel Technician
Retirement Eligibility Division
Directorate of Personnel Program Management

5

FEB-10-2003 MON 01:08 PM    FAX NO.    P. 03

---

## APPLICATION FOR TRANSFER TO THE RETIRED RESERVE

### PRIVACY ACT STATEMENT
**AUTHORITY:** 10 U.S.C. Chapters 11, 91, 35, 51, 59, 67, 57, 68, 857, 863, and 865; and Executive Order 9397.

**PRINCIPAL PURPOSE:** To process application for transfer to the Retired Reserve.

**ROUTINE USE:** None.

**DISCLOSURE IS VOLUNTARY:** Refusal to divulge information may delay or halt transfer to the Retired Reserve. Social Security Number is necessary to ensure positive identification.

| TO HQ ARPC/DPPR<br>6760 E. IRVINGTON PL<br>DENVER CO 80280-1900 | THRU HQ USAFA/RRPA<br>2304 Cadet Drive, Suite 215<br>USAF Academy, CO 80840-5025 |
|---|---|

**PERSONNEL DATA**

| NAME (Last Name, First, MI) | CURRENT GRADE (If applicable) | HIGHEST GRADE HELD |
|---|---|---|
| DINGLE RUSSELL E | 05 | 05 |

| HOME ADDRESS | HOME PHONE NO. | UNIT ADDRESS | UNIT PHONE NO. |
|---|---|---|---|
| 71 SHAUGHNESSY DRIVE<br>EAST HARTFORD CT 06118 | 860 568 8767 | 900th Air Reserve Sq<br>Denver, CO 80280 | 800-525-0102 |

**DATA PROCESSING DATA** (read and complete appropriate block)

[X] A. REQUEST THAT I BE TRANSFERRED TO THE RETIRED RESERVE EFFECTIVE ON  28 JUNE 2003  PER MAXCOM

B. REQUEST THAT I BE REAPPOINTED AS A RESERVE OFFICER OF THE AIR FORCE FOR THE PURPOSE OF ASSIGNMENT TO THE RETIRED RESERVE AND PLACEMENT ON THE USAF RESERVE RETIRED LIST.

C. REQUEST THAT I BE DISCHARGED UNDER THE PROVISION OF AR 39-3208 (Applicable to regular airmen requesting appointment as a Reserve officer for retirement under 10 U.S.C. 8911)

**AUTHENTICATION DATA**

FOR COMPLETION OF 9I, IV, AND V REFER TO AR 36-3209, CHAPTER 5.

| DATE OF REQUEST | SIGNATURE OF APPLICANT |
|---|---|
| 21 MARCH 03 | Russell E Dingle |

**RECOMMENDATION**

[X] APPROVAL    DISAPPROVAL - JUSTIFICATION ATTACHED

| DATE | TYPED NAME, GRADE AND TITLE OF RECOMMENDING OFFICIAL | SIGNATURE |
|---|---|---|
| 24 Mar 03 | PERRY A. FORGIONE, LtCol, USAFR<br>LOD-CT | Perry A. Forgione |

**RECOMMENDATION**

APPROVAL    DISAPPROVAL - JUSTIFICATION ATTACHED

| DATE | TYPED NAME, GRADE AND TITLE OF RECOMMENDING OFFICIAL | SIGNATURE |
|---|---|---|
| 15 APR 03 | Ronald R. Ricchi, Jr., Lt Col, USAF<br>Director of Enrollment Programs | Ronald R Ricchi Jr |

REMARKS

6

AF FORM 131, 19971201  (EF-V2)    PREVIOUS EDITION IS OBSOLETE

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR RESERVE PERSONNEL CENTER
DENVER COLORADO 80280-1500

RESERVE ORDER
EK - 7016                                                          29 MAY 2003

LTC DINGLE RUSSELL E
71 SHAUGHNESSY DR
EAST HARTFORD  CT 06118-2367

IS RELIEVED FROM CURRENT ASSIGNMENT, ASSIGNED TO THE RETIRED RESERVE
SECTION AND PLACED ON THE USAF RESERVE RETIRED LIST EFFECTIVE AS INDICATED
BELOW.  ENTITLED TO ARMED FORCES IDENTIFICATION CARD, DD FORM 2 AF (RESERVE)
(RED).

CURRENT ASSIGNMENT FROM WHICH RELIEVED

9001 ARS DENVER CO 80280                          (PAS: 963IF1ZQ)

DATE ASSIGNED TO                        RETIRED RESERVE SECTION: ZA
RETIRED RESERVE
   28 JUN 2003

DATE OF BIRTH:  11 AUG 1956              RETIREMENT IDENTIFICATION CODE: X6

AUTHORITY:  AFI 36-3209, CHAPTER 5

REASON:  ELIGIBLE FOR RETIRED PAY UNDER 10 USC 12731, EXCEPT FOR ATTAINMENT OF
AGE 60.

REMARKS:  TRANSFER TO RETIRED RESERVE PRECLUDES FURTHER
PROMOTION/PROMOTION CONSIDERATION.

PAY GRADE AT AGE 60 = (05) LIEUTENANT COLONEL

FOR THE COMMANDER

OFFICIAL

CAROLE B. PACKHAM                        DISTRIBUTION
CHIEF, RETIREMENT ELIGIBILITY DIVISION        EK
DIRECTORATE OF PERSONNEL
   PROGRAM MANAGEMENT

RO EK - 7016

7



DEPARTMENTS OF THE ARMY AND THE AIR FORCE
JOINT FORCE HEADQUARTERS, CONNECTICUT
NATIONAL GUARD ARMORY
555 WILLARD AVENUE
NEWINGTON, CONNECTICUT 06111

<u>Declaration of Chief Master Sergeant ("CMSgt") Kristine C. Shaw</u>

I am CMSgt Kristine C. Shaw.  I am assigned to the Headquarters Connecticut Air National Guard (HQ CTANG"), Newington, CT, and serve as Military Personnel Manager for Connecticut.

From 1991 until December 1999, I was the Noncommissioned Officer in Charge ("NCOIC") of Career Enhancement, Bradley ANG Base, CT.  As the NCOIC, I managed all officer and enlisted enhancement actions for ANG members assigned to Bradley ANG Base.  These actions included, but were not limited to, retirements, officer appointments/separations, and transfers.

In order to transfer from the CTANG to the Air Force Reserve, the member submits an AF Form 1288, "Application for Ready Reserve Transfer."  Although rarely used, it is also acceptable to submit a DD Form 368, "Request for Conditional Release."  The member fills out the form, to include the assignment desired (gaining position), and the request is processed.  My former office would send the AF Form 1288 (or in some cases the DD Form 368) to HQ CTANG for final action

I do not specifically recall seeing an AF Form 1288 or DD Form 368 from either Thomas L. Rempfer or Russell E. Dingle.  However, I have looked at the respective orders discharging them from the CT ANG and transferring them to the Air Force Reserve (Special Order AD-048 and Special Order AD-068) and can state with certainty that each had to submit either one or the other.  I am positive of this, as the AF Form 1288 and DD Form 368 are the only two source documents for the information contained on the Special Orders published by HQ CTANG, such

**8**

as the gaining unit of assignment and PAS Code. This was the process when I left my former position and it is the process we still use today in my current position at HQ CTANG.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 2005, at Newington, CT.

KRISTINE C. SHAW

9



**DEPARTMENTS OF THE ARMY AND AIR FORCE**
CONNECTICUT NATIONAL GUARD
JOINT FORCES HEADQUARTERS - CONNECTICUT
360 BROAD STREET
HARTFORD, CONNECTICUT 06105-3795

<u>Declaration of Brigadier General Daniel R. Scace</u>

I am Brigadier General Daniel R. Scace. I am assigned as Chief of Staff for the Connecticut Air National Guard ("CTANG"), Hartford, CT.

From 1997 to May 2000, I served as the Vice Wing Commander for the 103rd Fighter Wing, Bradley ANG Base, Conn. As Vice Wing Commander, I was second in command at Bradley ANG Base.

I am familiar with Thomas L. Rempfer and Russell E. Dingle, as they were part of a group of approximately ten CTANG officers at Bradley ANG Base who did not want to be inoculated pursuant to DoD's Anthrax Vaccine Immunization Program (AVIP). Ultimately, these officers either resigned their commissions or submitted AF Form 1288s to transfer from the CTANG to the Air Force Reserve. This command took no disciplinary action against any of these officers for their refusal to comply with AVIP prior to (or after) their resignation or transfer from the CTANG.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2005, at Hartford, CT.


DANIEL R. SCACE
Brigadier General
Chief of Staff
Connecticut Air National Guard

Subscribed, sworn to and acknowledged before me by the said Daniel R. Scace, Declarant, this 17th day of May, 2005.

TIMOTHY J. TOMCHO
CPT, Judge Advocate
Connecticut National Guard

**10**

HEADQUARTERS
DEPARTMENT OF THE ARMY
Washington, DC  20310-2500
15 April 1994

*NATIONAL GUARD REGULATION (AR) 600-100

Personnel • General

## COMMISSIONED OFFICERS • FEDERAL RECOGNITION AND RELATED PERSONNEL ACTIONS

**Summary.** This regulation provides procedures for processing all applications for Federal recognition, waivers, revises the list of documents required for appointment, gives new policy on the Early Commissioning Program, announces new policy dealing with civilian and military education requirements, changes special branch assignment policies, changes special branch promotion policies, changes general officer management policies, incorporates NGR 600-4 as it pertains to commissioned and general officers and adds appendix H, appendix I, and appendix J.

**Applicability.** This regulation applies to the Army National Guard (ARNG).

**Internal control systems.** This regulation is not subject to the requirements of AR 11-2. It does not contain internal control provisions.

**Supplementation.** Supplementation of this regulation is prohibited without prior approval from the Chief, National Guard Bureau, ARNG Readiness Center, ATTN: NGB-ARP-PO, 111 South George Mason Drive, Arlington, Virginia 22204-1382.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Chief, Administrative Services, National Guard Bureau. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested improvements.** Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to NGB-ARP-PO.

## Contents *(Listed by para number)*

|  | Para |
|---|---|
| **Chapter 1** | |
| **Introduction** | |
| Purpose | 1-1 |
| References | 1-2 |
| Explanation of abbreviations and terms | 1-3 |
| Responsibilities | 1-4 |
| Policy | 1-5 |
| Relative rank | 1-6 |
| Appointment grade | 1-7 |
| **Chapter 2** | |
| **Appointments** | |
| Appointment | 2-1 |
| Policy | 2-2 |
| Exercise of command | 2-3 |
| Wearing of the uniform and insignia | 2-4 |
| Appointment of Chiefs of State Military Departments | 2-5 |
| Appointment as a Reserve commissioned officer of the Army | 2-6 |
| Eligibility criteria | 2-7 |
| Persons ineligible for Federal recognition and waivers not authorized | 2-8 |
| Persons ineligible for Federal recognition unless waiver is granted | 2-9 |
| Waiver | 2-10 |
| Procurement sources | 2-11 |

|  | Para |
|---|---|
| Certificate of Eligibility | 2-12 |
| Temporary Federal recognition of ARNG Appointments | 2-13 |
| **Chapter 3** | |
| **Processing Applications for Appointment and Federal Recognition** | |
| Actions required by individual | 3-1 |
| Actions required by immediate commander | 3-2 |
| Actions required by intermediate commander | 3-3 |
| Actions required by The Adjutant General | 3-4 |
| Categories requiring Federal recognition board action | 3-5 |
| Categories not requiring Federal recognition board action | 3-6 |
| Procedures for Federal recognition board | 3-7 |
| **Chapter 4** | |
| **Assignments** | |
| General | 4-1 |
| Active service | 4-2 |
| Assignment policies | 4-3 |
| Limitation on assignments | 4-4 |
| Assignment of commissioned officers to Army aviation positions | 4-5 |
| Transfer of commissioned officers | 4-6 |

'This regulation supersedes NGR 600-100, 15 November 1985 and NGR 600-4, 15 May 1978

| | Para |
|---|---|
| Overstrength and additional TDA assignment policies | 4-7 |
| **Chapter 5** | |
| **Attachments** | |
| General | 5-1 |
| Attachment authority | 5-2 |
| Administration and records | 5-3 |
| **Chapter 6** | |
| **Branch Transfers, Area of Concentration (AOC), Functional Area Designation/Re-designation** | |
| Authority | 6-1 |
| Limitations | 6-2 |
| General policy and procedures for branch transfer, AOC and functional area designation/ redesignation | 6-3 |
| Branch transfer | 6-4 |
| Exemption from Federal Recognition Board action | 6-5 |
| The Officer Personnel Classification Board | 6-6 |
| Educational stipulations and award of AOC/ Functional Area Designation/Redesignation | 6-7 |
| Unit reorganization | 6-8 |
| AOC Qualifications | 6-9 |
| Personal appearance before the FRB or OPCB | 6-10 |
| **Chapter 7** | |
| **Duty Details** | |
| General | 7-1 |
| General staff with troops | 7-2 |
| Inspector General (IG) | 7-3 |
| Adjutant appointments | 7-4 |
| Aide-de-camp appointments | 7-5 |
| Detail appointment notification | 7-6 |
| **Chapter 8** | |
| **Promotion for Other Than General Officers** | |
| **Section I** | |
| **General** | |
| Responsibility | 8-1 |
| Promotion criteria | 8-2 |
| Promotion as a Reserve commissioned officer of the Army | 8-3 |
| Computation of promotion service | 8-4 |
| Personnel security screening | 8-5 |
| Wearing of insignia | 8-6 |
| **Section II** | |
| **Promotion to Fill Unit Vacancies** | |
| Eligibility for Promotion | 8-7 |
| Minimum years of promotion service | 8-8 |
| Military education requirements | 8-9 |
| Civilian education requirements | 8-10 |
| Federal Recognition Board Procedures | 8-11 |
| Required documents | 8-12 |
| Certificate of Eligibility for Promotion | 8-13 |

| | Para |
|---|---|
| **Section III** | |
| **Mandatory Consideration for Promotion** | |
| Mandatory consideration for promotion as a Reserve of the Army | 8-14 |
| Federal recognition after selection for promotion as a Reserve of the Army | 8-15 |
| Declination of promotion as a Reserve of the Army | 8-16 |
| Delay of Promotion | 8-17 |
| Promotion of ARNGUS officers entering active duty and posthumous promotion | 8-18 |
| **Section IV** | |
| **Promotion of ARNG officers serving on Title 10 AGR tours** | |
| General | 8-19 |
| Procedures | 8-20 |
| **Section V** | |
| **Promotable Status** | |
| Promotable Status | 8-21 |
| **Chapter 9** | |
| **Civilian Education** | |
| General | 9-1 |
| Civilian education requirements | 9-2 |
| Civilian education goals | 9-3 |
| Civilian education documentation | 9-4 |
| Civilian education requirements for State OCS graduates | 9-5 |
| Civilian education requirements for direct appointment applications | 9-6 |
| Promotion | 9-7 |
| Transition period requirements | 9-8 |
| Montgomery GI Bill requirements | 9-9 |
| **Chapter 10** | |
| **Federal Recognition Boards For Other Than General Officers** | |
| General | 10-1 |
| Authority | 10-2 |
| Appointment | 10-3 |
| Composition | 10-4 |
| Board site | 10-5 |
| Notification to applicants | 10-6 |
| Procedure | 10-7 |
| Examination | 10-8 |
| Determination of qualifications of Army reserve officers | 10-9 |
| Appraisal of experience | 10-10 |
| Appraisal of promotion qualifications | 10-11 |
| Findings | 10-12 |
| Unanimity of recommendations | 10-13 |
| Reconsideration for Federal recognition | 10-14 |
| Procedures upon completion of examination by the board | 10-15 |
| Disposition of records | 10-16 |
| Actions required by Senior Army Adviser | 10-17 |
| Actions required by State Adjutant General | 10-18 |
| Actions by the Chief, National Guard Bureau | 10-19 |

Chapter 11                                              Para
General Officers
Appointment and promotion authority                     11-1
Appointment of Chiefs of State Military
   Departments                                          11-2
Federal recognition criteria for Chiefs of State
   Military Departments                                 11-3
Prerequisites for consideration for Federal
   recognition in general officer grades                11-4
Frocking                                                11-5
Prerequisites for consideration for Certificate of
   Eligibility for Federal recognition to or within
   general-officer grades                               11-6
Limitations of Certificates of Eligibility             11-7
Recommendation Procedure and
   Documentation                                        11-8
General Officer Federal Recognition Board              11-9
Disposition of findings                                 11-10
Granting of Federal recognition                         11-11
Date considered recommended for
   promotion                                            11-12
Reconsideration for Federal recognition in
   the same grade                                       11-13
Reassignment eligibility                                11-14
AMEDD assignment limitations                            11-15

Chapter 12
ROTC Early Commissioning Program
General                                                 12-1
Eligibility for Appointment                             12-2
Commissioning of Cadets                                 12-3
Applying for Federal Recognition                        12-4
Military Personnel Records Jacket                       12-5
Establishment and transfer of the OMPF and
   accessions into ARNGUS                               12-6
Control of officer pending call to AD or IADT           12-7
Officer Basic Course training for officers
   commissioned under the Early
   Commissioning Program                                12-8

Chapter 13
ARNG Simultaneous Membership Program
(SMP)

Section I
Introduction
Scope                                                   13-1

Section II
SMP Eligibility, Requirements and Policy
SMP Eligibility, requirements, and policy               13-2

Section III
Policy
Policies applicable to enlisted personnel that
   take part in the SMP who are not enrolled
   in the ROTC Advanced Course                          13-3
Policies applicable to persons enrolled in the
   ROTC Advanced Course but not members of
   the ARNG                                             13-4
Policies applicable to participants in the SMP          13-5
Policies applicable to ARNG members who
   conditionally contract into the ROTC Advanced
   Course                                               13-6

                                                        Para
Policies applicable to officer trainees who have
   completed the ROTC Advanced Course                   13-7

Section IV
Evaluation and Assignment
Evaluation of officer trainees                          13-8
Assignment                                              13-9

Section V - Training and
Utilization
Training                                                13-10
Policy, Utilization of officer trainees                 13-11

Section VI
Uniform, Subsistence, and Billeting
Uniform                                                 13-12
Subsistence                                             13-13
Billeting                                               13-14

Section VII
Processing
General                                                 13-15
Enlistment Procedures                                   13-16
Processing Soldiers dropped from potential
   SMP participation                                    13-17
Processing officer trainees who are disenrolled
   from or fail to complete the ROTC Advanced
   Course, fail to volunteer for ECP, fail to accept
   a commission, or fail to be tendered a
   commission                                           13-18
Processing officer trainees for ARNG discharge
   and reassignment to USAR Control Group
   (ROTC)                                               13-19
SIDPERS ARNG                                            13-20
Processing procedures for commissioning                 13-21
Commissioned Status                                     13-22

Appendixes
A   References
B.  Documents required by NGB for Federal Recogni
      tion (for other than General Officers)
C.  Documents Required for consideration for Federal
      Recognition to and within the grades of General
D.  Format for Promotion Recommendations
E.  List of Qualifying Courses for Military Education
      Requirements for Promotion
F.  Commissioned Officer Branch/Functional Area
      Substitution Table
G.  Branch and Functional Area Code Table
H.  Biographical Summary Format
I.  Instructions for processing applications for Chaplain
      and Judge Advocate General's Corps Branches
J.  Instructions for processing applications for all Army
      Medical Department (AMEDD) Branches

Glossary

**13**

NGR *(AR)*600-100                                                              **15** April 1994

Chapter **1**
Introduction

**1-1.** Purpose
This regulation prescribes policies and procedures governing the appointment, assignment, temporary Federal recognition, Federal recognition, reassignment, transfers between States, branch transfers, area of concentration designation, utilization, branch detail, attachment, and separation of commissioned officers of the Army National Guard (ARNG). Exceptions to this regulation will be considered on an individual basis; they will neither be considered as a precedent for changes in policy, nor blanket approval for future requests.

**1-2.** References
Related references are listed in appendix A of this regulation.

**1-3.** Explanation of abbreviations and terms
Abbreviations and special terms used in this regulation are explained in the glossary.

**1-4.** Responsibilities
   *a. National Guard Bureau (NGB).*
      *(1) Director, ARNG.* The Director, ARNG is responsible for the overall development and management of commissioned officers of the ARNG.
      *(2) Personnel Directorate (NGB-ARP).* The Personnel Directorate is the agent for the Director, ARNG, providing technical guidance on the overall development and management of commissioned officers of the ARNG, approving modifications to the system, and authorizing changes made by the States. No changes to the system are authorized to be made by the States without prior written approval. All changes must be approved at NGB.

   *b. State Activities.*
      *(1) State Adjutant General (AG).* The State AG will manage and develop commissioned officers at the State level.
      *(2) State Personnel Officer.* The State Personnel Officer will serve as the manager of the officers at the State level on behalf of the State AG. The State Personnel Officer will maintain personnel records, assign and utilize officers, and perform all actions required to support the personnel system.

**1-5.** . Policy
The officer personnel management system (OPMS) and policies through which the ARNG manages the officer corps must result in officers who are dedicated, competent, and aggressive leaders with high morals and integrity. The profession of arms requires a strong professional and ethical officer corps capable of making the decisions needed to sustain the excellence of the officer ranks. Personnel actions prescribed here as a result of these policies will be made without regard to race, color, religion, gender, or national origin. Special exceptions for classification and assignment of female officers are contained in AR 611-101 and paragraph 4-49 of this regulation.

**1-6.** Relative rank
Commissioned officers of the ARNG. when not on active duty in a Federal status, rank among themselves according to the laws of the State in which appointed. When commissioned officers of the ARNG enter on active duty under any provision of the law, they will rank among commissioned officers of the same grade who are on active duty according to the provisions of AR 600-20.

**1-7.** Appointment grade
Federal recognition and initial Reserve of the Army appointment will be limited to the grade of second lieutenant except for those individuals who are entitled to three or more years of service credit under Title 10, USC. section 3353. Service credit consists of the sum of any prior commissioned service credit awarded for advanced education, training, or special experience. Award of constructive service credit is limited to those commissioned officers seeking appointment in one of the special branches.

Chapter **2**
Appointments

**2-1.** Appointment
Commissioned Officers of the ARNG are appointed by the several States under Article **1**, Section **8**, of the United States Constitution. These appointments may be federally recognized by the Chief, National Guard Bureau under such regulations as the Secretary of the Army may prescribe and under the provisions of this regulation. Officers who are federally recognized in a particular grade and branch shall be tendered an appointment in the same grade as Reserve commissioned officers of the Army with assignment to the Army National Guard of the United States (ARNGUS), as provided in Title 10, USC, sections 3351(a) and 3359, if they have not already accepted such appointment. Nonprior service personnel appointed in the ARNG incur a military service obligation as set forth in AR 135-91. Prior service personnel who are receiving service credit under Title 10, USC, section 3353, must have their Reserve of the Army grade determined IAW Title 10, USC, section 3359.

**2-2.** Policy
   *a.* The appointment of officers in the ARNG is a function of the State concerned, as distinguished from the Federal recognition of such appointment. Upon appointment in the ARNG of a State and subscribing to an oath of office, an individual has a State status under which to function. Such individuals acquire a Federal status when they are federally recognized and appointed as a Reserve of the Army.

   *b.* The effective date of Federal recognition for original appointment is that date on which the commissioned officer executes the oath of office in the State.

**14**