# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed May 23, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **THOMAS L. REMPFER** | * |
| **and** | * |
| **RUSSELL E. DINGLE,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER TO COMPLY WITH NOTICE OF DESIGNATION OF ELECTRONIC CASE**

---

David J. Taylor, counsel for Plaintiff, is hereby notified to comply with the Clerk's Notice of Designation of Electronic Case dated March 23, 2005, and obtain an account by which service may be effected electronically. The Clerk is directed to serve this order in paper form.

**It is so ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**