# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS L. REMPFER, | * | |
| | * | |
| and | * | |
| | * | No. 05—396C |
| RUSSELL E. DINGLE, | * | (Judge Mary Ellen Coster Williams) |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs Thomas L. Rempfer and Russell E. Dingle, by and through their undersigned counsel, to respectfully request an extension of time in which to respond to the Defendant's Motion to Dismiss filed May 20, 2005. An extension is sought until Friday, July 8, 2005, although it is anticipated that a Motion will be filed earlier to stay proceedings pending the disposition of the D.C. Circuit Court of Appeals' decision in Doe v. Rumsfeld, which involves identical legal issues that may be dispositive of this case.

The undersigned counsel is serving as counsel of record in this case only until such time, which shall be shortly, that primary counsel, Mark S. Zaid, Esq., has filed the appropriate papers for admission to this Court. At that time Mr. Zaid, who serves as co-counsel in Doe v. Rumsfeld, will substitute in for the undersigned.

Mark S. Zaid (who drafted this motion) is currently besieged by numerous administrative and court deadlines, particularly due to the recent birth of his second child.

Since the time of the defendant's filing, Mr. Zaid had three hearings to prepare for that have now been completed. He has another hearing scheduled on June 27, 2005, with the DIA, a lengthy brief due to the U.S. District Court for the District of Maryland on June 30, 2005, as well as at least four other administrative filings within the next two weeks with the DIA and NSA. All these deadlines preceded the filing of the Government's Motion. Additionally, he has several pre-planned trips out-of-town.

Two unsuccessful attempts were made to contact Defendant's counsel via telephone on June 1, 2005 and June 2, 2005, in order to ascertain their position on this Motion. The granting of this Motion will not cause any delay to any hearings or other deadlines set by this Court.

Dated: June 15, 2005

/s/

DAVID TAYLOR
Tighe Patton Armstrong & Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2855

Attorney For The Plaintiffs

OF COUNSEL:

MARK S. ZAID
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS L. REMPFER, and RUSSELL E. DINGLE, Plaintiffs, v. UNITED STATES OF AMERICA Defendant. | * | No. 05—396C (Judge Mary Ellen Coster Williams) |

* * * * * * * * * * * *

## ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time within which to file their Opposition to Defendant's Motiont to Dismiss filed herein on May 20, 2005, and any opposition thereto, it is hereby

**ORDERED** that the time within which Plaintiffs' may file their Opposition to Defendant's Motion to Dismiss is extended to and including July 8, 2005.

____________________________________

Mary Ellen Coster Williams
Judge