# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed June 21, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **THOMAS L. REMPFER** | * |
| **and** | * |
| **RUSSELL E. DINGLE,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

---

On June 15, 2005, Plaintiffs filed a motion for an enlargement of time of twenty-one days, to and including **July 8, 2005**, within which to respond to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**