# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER, *
*
and *
*
RUSSELL E. DINGLE, * No. 05—396C
* (Judge Mary Ellen Coster Williams)
Plaintiffs, *
*
v. *
*
UNITED STATES OF AMERICA *
*
Defendant. *
* * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiffs Thomas L. Rempfer and Russell E. Dingle, by and through their undersigned counsel, to respectfully request a second extension of time in which to respond to the Defendant's Motion to Dismiss filed May 20, 2005. A 28 day extension is sought until Friday, August 5, 2005, although it is still anticipated that a Motion will be filed earlier or contemporaneously to stay proceedings pending the disposition of the D.C. Circuit Court of Appeals' decision in Doe v. Rumsfeld, which involves identical legal issues that may be dispositive of this case.

The undersigned remains as primary counsel to this case until such time that Mark S. Zaid, Esq. files the appropriate papers for admission to this Court. At that time Mr. Zaid, who serves as co-counsel in Doe v. Rumsfeld, will substitute in for the undersigned. Mr. Zaid's admission application is complete and he is simply awaiting receipt from the D.C. Court of Appeals of his Certificate of Good Standing.

A further extension is sought for three primary reasons. First, plaintiff Russell Dingle is unfortunately terminally ill with cancer and was recently hospitalized and not expected to survive. Fortunately, he has recovered slightly and is now resting at home. However, communication with Mr. Dingle is limited given his family's desire to understandably dominate his time. Discussions are currently underway regarding the proper continuing role for Mr. Dingle under the circumstances.

Second, it will be the plaintiffs' contention that this case is very much tied into the pending D.C. Circuit appeal of Doe et al. v. Rumsfeld et al. The deadline for the Appellees' brief in that appeal, which is being handled by Mr. Zaid, has been extended until July 28, 2005.

Finally, Mr. Zaid remains overwhelmed by numerous administrative and court deadlines that pre-existed prior to this litigation. In particular, he has a July 13, 2005, deadline for a Summary Judgment Motion in Elders v. Diaz (D.Md) that involves a Westfall Certification and the Maryland Air National Guard, and an August 1, 2005, Summary Judgment deadline in Croddy et al. v. FBI et al. (D.D.C.), which deals with a challenge to the U.S. Government's pre-employment polygraph policies. These two cases have been pending since 2002 and 2000, respectively, and these Motions will be completely dispositive of the litigation. Additionally, Mr. Zaid will be on the West Coast for business during July 14-19, 2005.

Government counsel was contacted and consents to this extension. The granting of

this Motion will not cause any delay to any hearings or other deadlines set by this Court.

Dated: July 7, 2005

/s/

DAVID TAYLOR
Tighe Patton Armstrong & Teasdale
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2800

Attorney For The Plaintiffs

OF COUNSEL:

MARK S. ZAID
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809