# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed July 12, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THOMAS L. REMPFER** *
**and** *
**RUSSELL E. DINGLE,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On July 7, 2005, Plaintiffs filed a motion for an enlargement of time of 28 days, to and including **August 5, 2005**, within which to respond to Defendant's motion to dismiss. Defendant does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**