IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THOMAS L. REMPFER and<br>RUSSELL E. D1NGLE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-396C<br>Judge Mary Ellen Coster Williams |

**CONSENTED-TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

COME NOW the plaintiffs, by and through their undersigned counsel, to respectfully move the Court for what is intended to be the final extension of time in which to submit their response to the defendant's Motion to Dismiss, to on or before Tuesday, September 6, 2005.

As the Court knows, this case involves questions regarding military orders to accept anthrax vaccine inoculations and two former members of the Connecticut Air National who refused to do so, and the impact thereof upon their careers. From the plaintiffs' perspective, it is very much related to a pending appeal filed by the Government before the D.C. Circuit (Appeal No. 04-5440) in John Doe et al. v. Dep't of Defense et al., Civil Action No. 03-707 (EGS), in which there are reported decisions at 297 F. Supp. 2d 119 (D.D.C. 2003) and 341 F. Supp. 2d 1 (D.D.C. 2004). The Appellees, who are represented by the plaintiffs' counsel, Mark S. Zaid, filed their Opposition Brief on July 29, 2005, which was a significant part of the reason why extensions have been previously requested in this case.

Mr. Zaid filed last month the appropriate paperwork for formal admission before this Court, and assuming it is approved, will be substituted as primary counsel of record in

place of Mr. David Taylor. In any event, Mr. Zaid seeks what is intended to be, absent some major unforeseen emergency, a final extension request. The reasons are as follows.

First, as mentioned above, Mr. Zaid needed to complete the D.C. Circuit brief in the related Doe case. Additionally, he is still facing several other previously scheduled briefing deadlines, all of which have also been granted extensions and continue to be addressed in the same order. Briefs are due before the D.C. Superior Court on August 5, 2005, and the U.S. District Court for the District of Columbia on August 8, 2005, and August 31, 2005. The latter brief, which is due in Croddy et el. v. FBI et al., Civil Action No. 00-0651 (EGS), is the culmination of five years worth of briefings and discovery in a challenge to the federal governments pre-employment polygraph program, and has been requiring a significant undertaking of work.

Second, Mr. Zaid will be away on a previously scheduled vacation from August 13-20, 2005, though he intends to unfortunately make it a working vacation.

Plaintiffs' counsel discussed has this request with defendant's counsel, who indicated the Government consents to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial.[1]

Date: August 5, 2005

Respectfully submitted,

David Taylor, Esq.
D.C. Bar #91280
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 454-2855
dtaylor@tighepatton.com

[1] For the Court's information, though the terminal prognosis for plaintiff Dingle has not changed, and is not expected to change, we are at least pleased to report that he has experienced a slight rebound and is resting at home.

Of Counsel: Mark S. Zaid, Esq.
DC Bar # 440532
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, DC 20036
(202) 454-2809
ZaidMS@aol.com