# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed August 10, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THOMAS L. REMPFER**
**and**
**RUSSELL E. DINGLE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On August 5, 2005, Plaintiffs filed a motion for an enlargement of time of 32 days, to and including **September 6, 2005**, within which to respond to Defendant's motion to dismiss. Defendant does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**