No. 05-396C
(Judge Mary Ellen Coster Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER and RUSSELL E. D1NGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**MOTION TO SUBSTITUTE PLAINTIFFS' ATTORNEY OF RECORD**

Mark S. Zaid, Esq., now having been formally admitted to practice law before this honorable Court, hereby requests that he be substituted as attorney of record in the stead of David Taylor, Esq., on behalf of the plaintiffs in this action. The plaintiffs consent to this substitution.

Government counsel has previously been informed that this substitution would be made upon the admission of the undersigned and expressed no objection.

Date: September 1, 2005

Respectfully submitted,

s/Mark S. Zaid

Mark S. Zaid, Esq.
D.C. Bar #440532
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, DC 20036
(202) 454-2809
(202) 293-4827 fax
ZaidMS@aol.com

Attorney For Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September 2005, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Mark S. Zaid

Mark S. Zaid, Esq.