No. 05-396C
(Judge Mary Ellen Coster Williams)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

THOMAS L. REMPFER and RUSSELL E. D1NGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**CONSENTED-TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

NOW COME the plaintiffs, by and through their undersigned counsel, to respectfully move the Court for the final extension of time to on or before Tuesday, September 27, 2005, in which to coordinate with the Government on the transfer or dismissal of this action.

First, plaintiffs' counsel is saddened to report to the Court that Ltc Russell E. Dingle succumbed to cancer on Sunday, September 4, 2005. He is survived by his wife and two minor children. After a sufficient mourning period, plaintiffs' counsel will be arranging with Ltc Dingle's widow to have her substituted in her capacity of estate representative.

Second, following the filing of the Complaint in this case the Air Force Board for Correction of Military Records rendered a ruling on identical issues as before this Court. The plaintiffs intend to file an Amended Complaint in order to directly challenge this ruling.

Third, based on a further review of the matter, the plaintiffs intend to seek a transfer of this case from this Court to that of the U.S. District Court for the District of Columbia. Plaintiffs' counsel has requested that the Government agree to file a joint motion or to consent to the plaintiffs' motion. That request is currently being considered and the initial

response during the discussion was perceived as favorable. The three week extension is requested due to the fact that the Government's counsel will be out of the office for the next two weeks and the parties are attempting to jointly coordinate their positions if possible.

Plaintiffs' counsel discussed this request with defendant's counsel, who indicated the Government consents to the extension in light of the above circumstances. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date: September 6, 2005, 2005

Respectfully submitted,

s/Mark S. Zaid

Mark S. Zaid, Esq.
DC Bar # 440532
Krieger & Zaid, PLLC
1920 N Street, N.W., Suite 300
Washington, DC 20036
(202) 454-2809
(202) 293-4827 fax
ZaidMS@aol.com