No. 05-396C
(Judge Mary Ellen Coster Williams)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

THOMAS L. REMPFER and RUSSELL E. D1NGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

Upon consideration of Plaintiffs' Motion for an Extension of Time, and the entire record herein, it is this ______ day of September 2005, hereby

ORDERED, that plaintiffs' Motion is granted; and further

ORDERED, that plaintiffs' response is due on or before September 27, 2005.

______________________________
JUDGE MARY ELLEN COSTER WILLIAMS