# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed September 7, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THOMAS L. REMPFER** *
**and** *
**RUSSELL E. DINGLE,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

On September 6, 2005, Plaintiffs filed an unopposed motion for an enlargement of time of 21 days, to and including **September 27, 2005**, within which to coordinate with the Government on the transfer or dismissal of this action. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**