# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed September 8, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THOMAS L. REMPFER**
**and**
**RUSSELL E. DINGLE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFFS' ATTORNEY OF RECORD**

---

On September 1, 2005, Plaintiffs filed an unopposed motion to substitute Mark S. Zaid, Esq. as attorney of record in this action. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**