No. 05-396C
(Judge Mary Ellen Coster Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER and RUSSELL E. D1NGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Upon consideration of Plaintiffs' Motion for Transfer of Venue Or, Alternatively, Opposition to Defendant's Motion to Dismiss, and the entire record herein, it is this ______ day of ___________________ 2005, hereby

ORDERED, that plaintiffs' Motion is granted; and further

ORDERED, that plaintiffs' case is hereby transferred to the U.S. District Court for the District of Columbia; and further

ORDERED, that Defendant's Motion to Dismiss is denied as moot.

_______________________________________
JUDGE MARY ELLEN COSTER WILLIAMS