**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THOMAS L. REMPFER** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **RUSSELL E. DINGLE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 05-396C** |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION SEEKING REDACTION OF CERTAIN PERSONAL IDENTIFYING INFORMATION CONTAINED IN DOCUMENTS THAT WERE PREVIOUSLY FILED WITH THE COURT, AND SUBSTITUTION OF A REDACTED VERSION OF THE PREVIOUSLY FILED APPENDIX**

The United States, pursuant to the request of Mr. Rempfer’s counsel, files this motion seeking redaction of certain personnel information that was contained in the appendix accompanying defendant's opposition to plaintiffs’ motion to transfer their complaint, and reply to plaintiffs’ response to the Government’s motion to dismiss, that was filed with the Court on October 14, 2005. Specifically, the Air Force Board For Correction Of Military Records’ (“AFBCMR” or “board”) certifying page and page 1 of the AFBCMR’s opinion contain Mr. Rempfer’s social security number. The Government respectfully requests that the attached redacted version of the board’s opinion be substituted for the previously filed board decision, and that the public record containing Mr. Rempfer’s social security number be deleted from the Public Access to Court Electronic Records (PACER) system.

The Government has consulted with Mr. Rempfer’s counsel regarding this motion, and

he has no objection to the redaction of this personal identifying information that is contained in these appendix pages or the substituted version of the board's decision.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Facsimile: (202) 353-7988

Attorneys for Defendant

Of Counsel:
LT COL P. CHRISTOPHER CLARK
Air Force Legal Services Agency
General Litigation Division
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209-2403

October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2005, a copy of the foregoing "**DEFENDANT'S MOTION SEEKING REDACTION OF CERTAIN PERSONAL IDENTIFYING INFORMATION CONTAINED IN DOCUMENTS THAT WERE PREVIOUSLY FILED WITH THE COURT, AND SUBSTITUTION OF A REDACTED VERSION OF THE PREVIOUSLY FILED APPENDIX**" with its corrected appendix was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.