# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed October 26, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THOMAS L. REMPFER** *
**and** *
**RUSSELL E. DINGLE,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION TO REDACT CERTAIN PERSONAL IDENTIFYING INFORMATION CONTAINED IN DOCUMENTS FILED WITH THE COURT AND TO SUBSTITUTE A REDACTED VERSION OF THE FILED APPENDIX**

---

On October 18, 2005, Defendant filed the instant motion seeking to redact certain personal information that was contained in the appendix Defendant filed on October 14, 2005. The appendix accompanied Defendant's reply to Plaintiffs' opposition to Defendant's motion to dismiss and Defendant's opposition to Plaintiffs' cross-motion to transfer their complaint.

Specifically, Defendant seeks to redact Plaintiff Rempfer's social security number, which appears on the Air Force Board For Correction of Military Records (Board) certifying page of the Record of Proceedings, and page one of the Board's opinion, which are part of the appendix. Defendant requests that a redacted version of the certifying page and the Board's opinion be substituted for the previously filed documents and that the record containing Mr. Rempfer's social security number be deleted from the Public Access to Court Electronic Records (PACER) system.

Defendant has consulted with Plaintiffs' counsel, and he has no objection to this motion. Good cause being shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**