No. 05-396C
(Judge Mary Ellen Coster Williams)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THOMAS L. REMPFER and RUSSELL E. D1NGLE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Upon consideration of Plaintiffs' Motion for an Extension of Time, and the entire record herein, it is this ______ day of ________________ 2005, hereby

ORDERED, that plaintiffs' Motion is granted; and further

ORDERED, that plaintiffs' Reply is due on or before November 16, 2005.

JUDGE MARY ELLEN COSTER WILLIAMS