# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed October 28, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THOMAS L. REMPFER**
**and**
**RUSSELL E. DINGLE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On October 27, 2005, Plaintiffs filed an unopposed motion for an enlargement of time of 19 days, to and including **November 16, 2005**, within which to file its reply to Defendant's opposition to Plaintiffs' motion to transfer this action. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**