# In the United States Court of Federal Claims

**No. 05-396C**
**(Filed November 28, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THOMAS L. REMPFER**
**and**
**RUSSELL E. DINGLE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER REQUESTING SUPPLEMENTAL BRIEFING

Pending before the Court are Defendant's motion to dismiss and Plaintiffs' motion to transfer this action to the United States District Court for the District of Columbia. The Court has reviewed the record and seeks supplemental briefing from Plaintiffs addressing why transfer of this action would be in the "interest of justice." Specifically, Plaintiffs should explain their argument that forcing them to re-file in district court would result in certain claims being time-barred. In doing so, Plaintiffs should provide the specific statute of limitations that would be implicated if Plaintiffs were forced to re-file, and should indicate if that statute of limitations would have been barred on the date that this action was filed in this Court. Plaintiffs shall file supplemental briefing on or before December 9, 2005. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**